### NAT BLANCHARD vs. HERMAN MEYER ET AL.

MAYO, J. A judgment rendered after ordinary petition, citation and joinder of issue, must be executed by the issuance of a *fieri facias*, whether the judgment recognize a mortgage or privilege on specific property or not; C. P. 648; where a mortgage is recognized, the customary and legal mode of executing such judgment is by *fi. fa.*, made out in the usual form with the addition of a description of the property mortgaged and a direction to the sheriff to seize the specific property subjected to the payment of the judgment.

2. Writs of seizure and sale are only issued in executory proceedings; a final judgment cannot be thus enforced.

3. When a creditor, with mortgage on the property of his debtor, sees fit to obtain judgment against him *via ordinaria*, having elected that mode of procedure, he cannot be allowed to change it and proceed to enforce his mortgage *via executiva*. 25 An. 155; 12 L. 42; 2 L. 546.